UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN SISEMORE, | |
| Petitioner, | 3:13-cv-00156-RCJ-WGC |
| vs. | **ORDER** |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus by a Nevada state prisoner. The petition was received on March 28, 2013. (ECF No. 1). Petitioner has filed a letter with this Court on April 12, 2013, indicating that he mistakenly filed the petition in this Court. (ECF No. 3). The Court will grant petitioner's request to voluntarily dismiss this action, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to a later timely federal petition following exhaustion of state judicial remedies.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated this 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE