AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

DUSTIN SISEMORE,

     Petitioner,    JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: 3:13-cv-00156-RCJ-WGC

RENEE BAKER, et al.,

     Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT this action is dismissed without prejudice.

   May 17, 2013                                   **LANCE S. WILSON**
                                                                 Clerk

                                                              /s/  Lia Griffin
                                                             Deputy Clerk